UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DAREN BOWDEN, | ) | |
| | ) | |
| Petitioner, | ) | 1:11-cr-00132-JAW |
| | ) | 1:11-cr-00235-JAW |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on September 19, 2014 his Recommended Decision (ECF No. 105 at 1:11-cr-00132-JAW; ECF No. 54 at 1:11-cr-00235-JAW).  The Petitioner filed his objections to the Recommended Decision on May 14, 2015 (ECF No. 116 at 1:11-cr-00132-JAW; ECF No. 69 at 1:11-cr-00235-JAW).  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge be and hereby is <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Petitioner's 28 U.S.C. § 2255

Petition (ECF No. 87 at 1:11-cr-00132-JAW; ECF No. 37 at 1:11-cr-00235-JAW) be and hereby is <u>DISMISSED</u>.

3. It is further <u>ORDERED</u> that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 11th day of June, 2015